(Reap. Dec. 10120)

HYBERN, INC., DBA THE AKRON v. UNITED STATES

Entry No. 17774.

(Decided December 7, 1961)

*Stein & Shostak* for the plaintiff.
*William H. Orrick, Jr.*, Assistant Attorney General, for the defendant.

JOHNSON, Judge: This appeal for reappraisement has been submitted upon the following stipulation of counsel for the respective parties:

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the respective parties hereto, subject to the approval of the Court, that the merchandise covered by the appeal for reappraisement enumerated in the attached Schedule of Cases consists of toy musical instruments, and that, at the time of its exportation to the United States, the price at which such or similar merchandise was freely offered for sale to all purchasers in the principal markets of the country from which exported, in the usual wholesale quantity, and in the ordinary course of trade, for exportation to the United States, including the cost of containers and coverings of whatever nature and all other costs, charges and expenses incident to placing the merchandise in condition

packed ready for shipment to the United States, was the invoiced unit value less the ocean freight and the buying commission.

IT IS FURTHER STIPULATED AND AGREED that the merchandise the subject of the appeal for reappraisement enumerated in the attached Schedule, to wit, toy musical instruments, is not included on the list of articles designated by the Secretary of the Treasury in T.D. 54521 as provided for in Sec. 6(a) of the Customs Simplification Act of 1956, Public Law 927, 84th Congress, and that said merchandise is subject to appraisement under Section 402 of the Tariff Act of 1930, as amended by the Customs Simplification Act of 1956.

IT IS FURTHER STIPULATED AND AGREED that the appeal for reappraisement enumerated in the attached Schedule of Cases may be deemed submitted for decision on the foregoing stipulation.

On the agreed facts, I find that the export value, as that value is defined in section 402(b) of the Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, 70 Stat. 943, is the proper basis for the determination of the value of the toy musical instruments involved herein and that such value is the invoiced unit value, less the ocean freight and the buying commission.

Judgment will be rendered accordingly.